**FILED**
**Oct 29, 2024**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>JOSE SALAS, and<br>DAVID SANTIAGO LOPEZ,<br><br>               Defendants. | CASE NO. 1:24-CR-00253-JLT-SKO<br><br>ORDER TO UNSEAL INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on October 24, 2024 be unsealed and become public record.

DATED: __10/29/24__                         _/s/ B. McAuliffe_____
                                                  HON. BARBARA A. MCAULIFFE
                                                  U.S. MAGISTRATE JUDGE