ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:    (559) 497-4000
Facsimile:    (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:24-CR-00253-JLT-SKO |
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA HEARING; FINDINGS AND ORDER |
| v. | |
| DAVID SANTIAGO LOPEZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for trial on September 15, 2026.  By this stipulation, defendant moves to vacate the trial and set a change of plea hearing on September 14, 2026.

2.      The parties agree and stipulate that on June 22, 2026, the parties filed a signed plea agreement.  Pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(1)(G), the period from June 22, 2026, through September 14, 2026, is automatically excluded from the computation of time within which trial must commence.

3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

1

Dated:  June 22, 2026

ERIC GRANT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated:  June 22, 2026

/s/ SERITA RIOS
SERITA RIOS
Counsel for Defendant
DAVID SANTIAGO LOPEZ

## FINDINGS AND ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:    **June 22, 2026**

_____
UNITED STATES DISTRICT JUDGE

2